IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

---

No. 98-50217

Summary Calendar

---

JOHN PAUL ELLIS

                                        Plaintiff-Appellant,

versus

KENNETH S. APFEL,
Commissioner of Social Security

                                        Defendant-Appellee.

---

Appeal from the United States District Court
For the Western District of Texas
USDC No. A-97-CV-114

---

December 30, 1998

Before HIGGINBOTHAM, JONES, and DENNIS, Circuit Judges.

PER CURIAM:[*]

    John Paul Ellis appeals from the district court's judgment affirming the denial of his application for supplemental security income. He argues that substantial evidence did not exist to support the finding that he was not disabled and that he was denied his statutory right to counsel. We have reviewed the record and find no reversible error. Accordingly, the judgment is AFFIRMED.

    AFFIRMED.

---

   [*]Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.